1   KILPATRICK TOWNSEND & STOCKTON LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
2   RYAN T. BRICKER (State Bar No. 269100)
    GIA L. CINCONE (State Bar No. 141668)
3   Two Embarcadero Center, Suite 1900
    San Francisco, California 94111
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5   E-Mail:   ggilchrist@kilpatricktownsend.com
              rbricker@kilpatricktownsend.com
6              gcincone@kilpatricktownsend.com

7   Attorneys for Plaintiff
    LEVI STRAUSS & CO.

9   WILLIAM E. THOMSON, JR.
    BROOKS KUSHMAN P.C.
10  601 South Figueroa Street, Suite 2080
    Los Angeles, California 90017
11  Telephone: (213) 622-3003
    Facsimile: (213) 622-3053
12  E-Mail:   wthomson@brookskushman.com

13  Attorneys for Defendant
    NTS W. USA, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>       v.<br><br>NTS W. USA, LLC, a limited<br>liability company registered in Delaware,<br><br>          Defendant. | Case No. 3:18-cv-07447-WHO<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br><br>Complaint filed December 11, 2018<br>Judge: Honorable William H. Orrick |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in light of the settlement of all matters in controversy between Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant NTS W. USA, LLC ("Desigual"), LS&Co. and Desigual hereby jointly stipulate to dismissal without prejudice of all claims in this action asserted by LS&Co. against Desigual, and thereby move for an order

dismissing this action, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 25, 2019              Respectfully submitted,

                                   KILPATRICK TOWNSEND & STOCKTON LLP


                                   By:      /s/ *Ryan T. Bricker*
                                            Ryan T. Bricker

                                   Attorneys for Plaintiff and Counter-Defendant
                                   LEVI STRAUSS & CO.


Dated: March 25, 2019              BROOKS KUSHMAN P.C.


                                   By:      /s/ *William E. Thomson, Jr.*
                                            William E. Thomson, Jr.

                                   Attorneys for Defendant
                                   NTS W. USA, LLC


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

                                            /s/ *Ryan T. Bricker*
                                            Ryan T. Bricker

**ORDER**

IT IS SO ORDERED.

Dated: March 26, 2019

_____
William H. Orrick
United States District Judge

71730379V.1